UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CYNTHIA MOELLER,

                Plaintiff,

v.                                            Case No. 5:10-cv-457-Oc-34TBS

GUARDIAN LIFE
INSURANCE COMPANY OF
AMERICA

                Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Motion For Leave To File Reply Memorandum In Support Of Motion for Summary Judgment. (Doc. 27). On February 24, 2011, more than six months before the dispositive motion deadline, Defendant filed its Motion for Summary Judgment. (Doc. 14). In response, Plaintiff filed a motion requesting that the Court deny the Motion for Summary Judgment as premature, or alternatively stay ruling on the Motion to permit Plaintiff the opportunity to conduct pertinent discovery ("Motion to Stay"). (Docs. 18 & 19). On May 23, 2011, the Court granted Plaintiff's Motion to Stay, allowed Plaintiff to conduct some limited discovery and directed Plaintiff to file her response to Defendant's Motion for Summary Judgment by July 18, 2011. (Doc. 24). On July 18, 2011 -- after conducting discovery -- Plaintiff filed her response to Defendant's Motion for Summary Judgment. (Doc. 25). Now, Defendant has filed the instant motion seeking leave to file a reply.

Based on the Court's review of the motions and papers, and in light of the passage

of time and the intervening discovery conducted by Plaintiff, the Court finds that the best course of action is to allow Defendant an opportunity to re-file its Motion for Summary Judgment. Accordingly, it is hereby ORDERED:

1.  Defendant's Motion for Summary Judgment (Doc. 14) is DENIED without prejudice.

2.  Defendant's Motion for Leave to File Reply Memorandum in Support of Motion for Summary Judgment (Doc. 27) is DENIED as moot.

3.  Based on the Court's ruling and because this matter was recently reassigned to the undersigned, the case management deadlines are amended as follows:

    (a)  The parties shall file motions for summary judgment on or before September 16, 2011.

    (b)  Responses to motions for summary judgment shall be filed on or before October 14, 2011.

    (c)  The Court will conduct oral argument on the cross-motions for summary judgment on November 16, 2011 at 2:00 p.m. in Courtroom 1A, Golden-Collum Memorial Federal Building & United States Courthouse, 207 N.W. Second Street, Ocala, Florida.[1]

4.  The parties are directed to deliver to chambers of the undersigned a courtesy copy of all dispositive motions and responses, a copy of the administrative record and

---

[1] Although cell phones, laptop computers, and similar electronic devices are not usually allowed in the building, counsel will be permitted to bring those items with them for purposes of this hearing upon presentation of a copy of this Notice to Court Security Officers.

copies of all relevant exhibits and depositions.

      IT IS SO ORDERED.

      DONE AND ORDERED in Ocala, Florida, on August 19, 2011.

Copies to:
    All Counsel

THOMAS B. SMITH
United States Magistrate Judge