CYNTHIA MOELLER,

    Plaintiff,

v.             Case No. 5:10-cv-457-Oc-34TBS

GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.
_____/

## <u>ORDER</u>

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. No. 36; Report), entered by the Honorable Thomas B. Smith, United States Magistrate Judge, on December 16, 2011. In the Report, Magistrate Judge Smith recommends that Defendant's Dispositive Motion for Summary Judgment (Doc. No. 29) be granted and that Plaintiff's Motion for Summary Judgment (Doc. No. 30) be denied. <u>See</u> Report at 1. Plaintiff filed objections to the Report, and Defendant responded. <u>See</u> Plaintiff's Objections to Report and Recommendation on Cross Motions for Summary Judgment (Doc. No. 37; Objections); Defendant's Response to Plaintiff's Objections to Report and Recommendation on Cross Motions for Summary Judgment (Doc. No. 38). This matter is ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a <u>de</u> <u>novo</u> review of those findings. <u>See</u> Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); <u>see</u>

<u>also</u> 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions <u>de</u> <u>novo</u>.  <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>United States v. Rice</u>, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla.  May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule the Plaintiff's Objections and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.[1]  Accordingly, it is hereby

**ORDERED:**

1.    Plaintiff's Objections to Report and Recommendation on Cross Motions for Summary Judgment (Doc. No. 37) are **OVERRULED**.

2.    The Magistrate Judge's Report and Recommendation (Doc. No. 36) is **ADOPTED** as the opinion of the Court.

3.    Defendant's Dispositive Motion for Summary Judgment (Doc. No. 29) is **GRANTED**.

4.    Plaintiff's Motion for Summary Judgment (Doc. No. 30) is **DENIED**.

---

[1]    In doing so, the Court replaces the word "worsened" in line 11 of page 13 with the word "improved." That sentence now reading: "In making this argument, Moeller appears to disregard the well-settled law that Guardian had no obligation to show that her condition had improved; rather, the burden remained with Moeller to establish that she was entitled to LTD benefits. <u>See</u> <u>Doyle</u>, 542 F.3d at 1362 (11th Cir. 2008)("Liberty Life had no obligation to explain as Doyle maintains, 'how Ms. Doyle's condition had changed on the 90th day.'")."

2

5.    The Clerk of the Court is directed to terminate all pending motions and

deadlines as moot and close the file.

**DONE AND ORDERED** in Chambers, this 4th day of June, 2012.

MARCIA MORALES HOWARD
United States District Judge

lc17

Copies to:

Honorable Thomas B. Smith
United States Magistrate Judge

Counsel of Record